**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                      **Case No.: 08-00131-01-CR-W-DGK**

**TERRELL M. SIMPSON**

                                                                     **USM Number: 20919-045**

                                                                     Laine Cardarella, FPD

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT:** was found in violation of the mandatory, standard and special condition(s) of the term of supervision. The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | "The defendant shall refrain from any unlawful use of a controlled substance." | 07/23/15 |
| Standard | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician." | 07/23/15 |
| Special | "The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch or Breathalyzer testing, as approved by the Probation Office, and if able, pay any associated costs as directed by the Probation Office." | 07/23/15 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                              Date of Imposition of Sentence: 10/05/15

                                                              _____/s/ Greg Kays_____
                                                              GREG KAYS
                                                              CHIEF UNITED STATES DISTRICT JUDGE

                                                              October ___6___, 2015

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months, with no term of supervised release to follow.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal